# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0745
LT Case No. 2024-SC-3652

_____

VERA CLARK,

Appellant,

v.

STACIA DUNMIRE,

Appellee.

_____

On appeal from the County Court for Seminole County.
Sylvia Anne Grunor, Judge.

Elizabeth Rice, of Brown & Rice, P.A., Orlando, for
Appellant.

John A. Kruse, of JAK Law LLC, Clermont, for Appellee.

May 19, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, SOUD, and BOATWRIGHT, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————